**STOREWALL, LLC, Plaintiff– Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–1193.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2010.

R. Kevin Williams, Thomas J. O'Donnell, Jessica Ruth Rifkin, Rodriguez, O'Donnell, Gonzalez, Chicago, IL, for Plaintiff–Appellant.

Edward F. Kenny, Barbara S. Williams, Department of Justice, Paula S. Smith, U.S. Customs Service, New York, NY, for Defendant–Appellee.

**ON MOTION**

**ORDER**

The United States moves for a 5–day extension of time, until August 4, 2010, to file its initial brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.